# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF LUCIEN H.
MARIONEAUX, SR.

NO.  2021 CW 0969

**OCTOBER 18, 2021**

---

In Re:   Lucien H. Marioneaux, Jr., applying for supervisory writs, 1st Judicial District Court, Parish of Caddo, No. 594,235.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz v. Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.